Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
SALINA IDA ORTEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINA IDA ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | No. 1:14-CV-01904-GSA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO SERVE CONFIDENTIAL LETTER BRIEF**<br><br>**(ECF No. 10)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a second extension of time of thirty (30) days to serve her confidential letter brief. Counsel for Plaintiff respectfully requests this additional time due to a heavy workload despite due diligence, in conjunction with selling and moving a primary residence of nineteen years.  The new date for Plaintiff's confidential letter brief shall be on or before August 5, 2015.

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Date: *July 6, 2015* | | NEWEL LAW |
| | By: | /s/ `Melissa Newel` |
| | | Melissa Newel |
| | | Attorney for Plaintiff |
| | | SALINA IDA ORTEGA |
| Date: *July 6, 2015* | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | By: | /s/ `Carolyn Chen`* |
| | | Carolyn Chen |
| | | *By email authorization on July 6, 2015* |
| | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including August 5, 2015, to serve her confidential letter brief. All other deadlines set forth in the Scheduling Order (ECF No. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **July 7, 2015**         /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE