Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
SALINA IDA ORTEGA

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN CHEN (#256628)
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8955
carolyn.chen@sssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINA IDA ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:14-CV-01904 EPG<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

1  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
2 with the approval of the Court, that Plaintiff shall have a thirty (30) day extension of time within
3 which to serve and file his Opening Brief in this matter. Counsel for Plaintiff respectfully requests
4 this additional time due to a serious illness in her family, and the government has no objection.
5 The new date for Plaintiff's Opening Brief shall be on or before **November 9, 2015**. All
6 corresponding briefing deadlines are extended accordingly.

7  Respectfully submitted,

8  Dated: October 8, 2015  NEWEL LAW

10  By:  *Melissa Newel*
  Melissa Newel
11  Attorney for Plaintiff
  SALINA IDA ORTEGA

13  Dated: October 8, 2015  BENJAMIN B. WAGNER
  United States Attorney
14  DEBORAH LEE STACHEL
15  Acting Regional Chief Counsel, Region IX
  Social Security Administration

17  By:  Carolyn Chen*
  Carolyn Chen
18  (*authorized by email dated 10/09/2015*)
  Special Assistant U.S. Attorney
19  Attorneys for Defendant

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

## **ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including **November 9, 2015**, to serve and file his Opening Brief.  All other deadlines outlined in the Scheduling Order issued on December 9, 2014 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 14, 2015**                         **/s/ Erica P. Grosjean**
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE