BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SALINA ORTEGA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01904-EPG<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF; ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's opening brief.  This is the first continuance sought by Defendant.  The current due date is December 9, 2015.   The new due date will be January 25, 2016.

    There is good cause for this request.  Defendant is seeking this extension due to Defendant's counsel's heavy workload in the last month and continuing heavy workload in the next month, including her regular district court caseload, briefing for two ninth circuit cases, a hearing for an Equal Employment Opportunity Commission (EEOC) case on December 4, 2015 with follow-up briefing, and two other pending EEOC matters that require discovery, including depositions in the next few weeks.

Stipulation for an Extension of Time; 1:14-cv-01904-EPG    1

1   This request is made in good faith with no intention to unduly delay the proceedings.
2 Defense counsel is requesting additional time up to fully review the administrative record and
3 research the issues presented by Plaintiff's opening brief.
4   The parties further stipulate that the Court's Scheduling Order shall be modified
5 accordingly.

6
7                                           Respectfully submitted,
8 Date: December 7, 2015                    NEWEL LAW
9
10                                          *s/ Melissa Newel by C.Chen**
11                                          (As authorized by e-mail on 12/7/2015)
                                            MELISSA NEWEL
12                                          Attorneys for Plaintiff

13 Date: December 7, 2015                   BENJAMIN B. WAGNER
14                                          United States Attorney

15                                          By *s/ Carolyn B. Chen*
                                            CAROLYN B. CHEN
16                                          Special Assistant U. S. Attorney

17                                          Attorneys for Defendant
18
19
20                          ORDER
21   Based on the above stipulation between the parties, Defendant may have an extension of
22 time to file her opposition brief. Defendant shall file her opposition brief no later than January
23 25, 2016. Plaintiff may file her reply brief no later than February 9, 2016.
24
25 IT IS SO ORDERED.
26   Dated:   **December 8, 2015**              /s/ Erica P. Grosjean
27                                              UNITED STATES MAGISTRATE JUDGE
28

Stipulation for an Extension of Time; 1:14-cv-01904-EPG      2