**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SALINA IDA ORTEGA,

          Plaintiff,

    v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.

No.  1:14-CV-01904 EPG

**ORDER GRANTING EDYIE ORTEGA'S
MOTION TO APPOINT AS GUARDIAN
AD LITEM**

**(Doc. 22)**

On February 1, 2016, this Court issued an order noting that the Plaintiff is a minor, and directed counsel to either file a petition for *guardian ad litem*, or explain why a petition is not necessary.  (Doc. 21); *See also*, Local Rule 220(a); Fed. R. Civ. P. 17(c).  On February 8, 2016, Plaintiff filed a Motion to Appoint Eydie Ortega, who is Plaintiff's mother, as *guardian ad litem*. (Doc. 22)  Upon a review of the application, the Motion to Appoint Eydie Ortega, as the *guardian ad litem* for Plaintiff, Salina Ida Ortega (Doc. 22), is GRANTED.

IT IS SO ORDERED.

Dated:   **February 10, 2016**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE